**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

PINK ROBINSON,                                    )
                                                  )
                        Petitioner,               )
        vs.                                       )        1:06-cv-1498-SEB-JMS
                                                  )
BILL WILSON,                                      )
                        Respondent.               )

**J U D G M E N T**

        The court, having this day made its Entry,

        **IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for
a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: _04/10/2007_                                    _Sarah Evans Barker_
                                                      SARAH EVANS BARKER, JUDGE
                                                      United States District Court
                                                      Southern District of Indiana

Distribution:

Pink Robinson
DOC #994421
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064

Linda Sue Leonard
INDIANA STATE ATTORNEY GENERAL
linda.leonard@atg.in.gov